DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NESRIEN AZURIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2043

[April 29, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 502015CF001532A.

Nesrien Azurin, Century, pro se appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***